

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00131-CV

Clint Harrison **ELLER**,
Appellant

v.

**DAD P** as next friend of T.P., a Minor,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18-383A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We ORDER all costs of this appeal assessed appellant Clint Harrison Eller.

SIGNED May 19, 2021.

Luz Elena D. Chapa, Justice